AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 23-8238 MB ~~3985883-PMN~~ | Date and time warrant executed: 04/20/2023 @ 1450 hours | Copy of warrant and inventory left with: USPS |
|---|---|---|
| **Inventory made in the presence of:** Inspector B. Hess and Inspector R. Firkin | | **USPS Tracking Number:** EJ751641206US |

**Inventory of the property taken and name of any person(s) seized:**

Express Mail Parcel Label No. EJ751641206US addressed to 601 N. Elliot, Odessa, TX 79763 with a return address of Tommy Johnson, 309 N. Cherry, Mesa, AZ 85201 contained the following:

- Approximately 358.5 grams of blue M30 pills (suspected fentanyl).

## Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

**Date:** 04/20/2023

Andrea Brandon
*Digitally signed by Andrea Brandon*
*Date: 2023.04.20 17:01:49 -07'00'*

*Executing officer's signature*

Andrea Brandon, Postal Inspector
*Printed name and title*